ORIGINAL

FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0442

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0442

IN RE THE MARRIAGE OF:

ABRIELLE ELIZABETH HOLMQUIST,

      Petitioner and Appellee,

                              **O R D E R**

  and

GIOVANNI MARINO,

      Respondent and Appellant.

Appellant Giovanno Marino has filed a motion for extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 20 2023, to file his opening brief.

DATED this 23 day of October, 2023.

                        For the Court,

                              Chief Justice